JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARGARET CANAVAN, | Case No. 2:19-CV-08235 (VEB) |
| Plaintiff, | JUDGMENT |
| vs. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

of the Court shall CLOSE this case.

DATED this 29th of March 2021,


/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

JUDGMENT – CANAVAN v SAUL 2:19-CV-08235-VEB